# EXHIBIT A

Mr. Cooper
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

PJSGQD00405435
MATTHEW ENGLAND
1838 MOUNTAIN DAISY COURT
HIGHLANDS RANCH, CO 80129-6279

December 16, 2023

## Notice of Data Breach

Dear MATTHEW ENGLAND,

Nationstar Mortgage LLC (dba Mr. Cooper) writes to inform you of a data security incident at Mr. Cooper that may have involved some of your personal information. If you are not familiar with the Mr. Cooper brand:

- Your mortgage may have been previously acquired or serviced by Nationstar Mortgage LLC or Centex Home Equity;
- Your mortgage is or was serviced by a sister brand[1];
- Mr. Cooper may be or previously was the servicing partner of your mortgage company; or
- You previously applied for a home loan with us.

Although we have no evidence at this time that your information has been misused for identity theft or fraud as a result of this incident, we are contacting you to explain the circumstances of this event, and to provide information about the service we will provide to help you protect yourself.

### What Happened?

On October 31, 2023, Mr. Cooper detected suspicious activity in certain network systems. Immediately upon detection, we initiated response protocols, launched an investigation with the assistance of cybersecurity experts to determine the nature and scope of the incident, and contacted law enforcement. We also made the decision to shut down our systems to contain the incident and in an effort to protect our customers' information. Through our investigation, we determined that there was unauthorized access to certain of our systems between October 30, 2023 and November 1, 2023. During this period, we identified that files containing personal information were obtained by an unauthorized party.

### What Information was Involved?

The personal information in the impacted files included your name, address, phone number, email address, Social Security number, date of birth.

### What We Are Doing.

We take the security of the data entrusted to us very seriously. Upon learning of this incident, we immediately took steps to identify and remediate it, including locking down our systems, changing account passwords, and restoring our systems. We initiated a detailed review to identify personal

---

[1] Sister brands include: RightPath Servicing, Rushmore Servicing, Greenlight Financial Services, and Champion Mortgage